# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ROSALIND A. CLAYTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:18-cv-01039-JAR |
| ) | |
| MEGAN J. BRENNAN, ) | |
| *Postmaster General* ) | |
| *United States Postal Service*, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion to Clarify the Record. (Doc. 124).

## Plaintiff's EEO Complaint

Plaintiff correctly notes that the Court mistakenly referenced a "March 8, 2017 EEOC Final Agency Decision" in its August 24, 2020 Memorandum and Order. (Doc. 119). The Court intended to refer to the "August 7, 2018 EEO Final Agency Decision." (Doc. 8-1). The Court clarifies, however, that Plaintiff remains limited to bringing those claims discussed in Plaintiff's March 8, 2017 EEO complaint and addressed in the Final Agency Decision. All such claims occurred between September 22, 2016 and March 10, 2017. Plaintiff is limited to claims against USPS discussed in Doc. 8-1.

## Discovery

The Court clarifies that Plaintiff shall be limited to the following forms of discovery and shall submit her requests to Defendants within **fifteen days** of this Order. Plaintiff is reminded that the

scope of her discovery requests shall be limited to claims against APWU occurring after December 25, 2017 and any claims against USPS addressed in Doc. 8-1, the Final Agency Decision.

- Five (5) requests for admission per defendant
- Five (5) interrogatories per defendant

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's "Motion to Clarify the Record" is **GRANTED in part.**

**IT IS FURTHER ORDERED** that Plaintiff shall submit the discovery requests permitted by this Order within **fifteen days** from the date of this Order.

Dated this 28th day of August, 2020.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE